# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

Zhouhu Shen

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

CV 08 1614 JSW

Michael Mukasey, United States Attorney General;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
Robert S. Mueller, Director of Federal Bureau of Investigation,

TO: (Name and address of defendant)

Robert S. Mueller
Director of FBI
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, DC 20536-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 400
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within  60  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE MAR 25 2008

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Zhouhu Shen

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Michael Mukasey, United States Attorney General;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
Robert S. Mueller, Director of Federal Bureau of Investigation,

CV 08 1614 JSW

TO: (Name and address of defendant)

Michael B. Mukasey
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 400
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within   60   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

MAR 2 5 2008
DATE

(BY) DEPUTY CLERK

# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

E-filing

Zhouhu Shen

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Michael Mukasey, United States Attorney General;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
Robert S. Mueller, Director of Federal Bureau of Investigation,

CV 08 1614

TO: (Name and address of defendant)

Michael Chertoff
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

**JSW**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 400
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within   60   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

DATE   MAR 25 2008

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Zhouhu Shen

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

v.

Michael Mukasey, United States Attorney General;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
Robert S. Mueller, Director of Federal Bureau of Investigation,

CV 08 1614 JSW

TO: (Name and address of defendant)

Emilio T. Gonzalez
Director
United States Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 400
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

DATE  MAR 25 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 04/02/2008 |
| Name of SERVER Howard Lee | TITLE Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): certified mail with return receipt

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES USPS | TOTAL $37.17 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  04/02/2008
           Date

Signature of Server

Law Offices of Jean D. Chen
Address 465 California St., Suite 425
San Francisco, California 94104

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



**Receipt 1 (top left):**
Sent To: Michael Chertoff
Street/PO Box: U.S. Department of Homeland Security
City, State, ZIP+4: Washington, D.C. 20528
Postmark: APR 2 2008, Chinatown Sta., San Francisco CA 94108

**Receipt 2 (top right):**
Sent To: Robert S. Mueller, Federal Bureau of Investigation
Street/PO Box: J. Edgar Hoover Building, 935 Pennsylvania Avenue, NW
City, State, ZIP+4: Washington, D.C. 20535-0001

**Receipt 3 (middle left):**
Sent To: Michael B. Mukasey, U.S. Department of Justice
Street/PO Box: 950 Pennsylvania Avenue, NW
City, State, ZIP+4: Washington, D.C. 20530-0001

**Receipt 4 (middle right):**
Sent To: Emilio T. Gonzalez, U.S. Citizenship and Immigration Services
Street/PO Box: 425 I Street, NW
City, State, ZIP+4: Washington, D.C. 20536-0003

**Receipt 5 (bottom left):**
Sent To: Office of the General Counsel, Department of Homeland Security
Street/PO Box: U.S. Department of Homeland Security
City, State, ZIP+4: Washington, D.C. 20528

**Receipt 6 (bottom right):**
Sent To: Civil Process Clerk, U.S. Attorney's Office
Street/PO Box: 450 Golden Gate Avenue, 11th Floor
City, State, ZIP+4: San Francisco, CA 94102

# CERTIFCATE OF SERVICE

I am over the age of 18 and not a party to the within action. I am employed by the Law Offices of Jean D. Chen and my main business address is:

2107 N. First St., Suite 400, San Jose CA, 95131

On _____04/02/2008_____ I served:

1) **Summons in a Civil Action;**
2) **Plaintiff's original complaint under 28 U.S.C. § 1361;**
3) **Order Setting Initial Case Management Conference and ADR Deadlines; Civil Standing Orders; Contents of Joint Case Management Statement; Notice of Availability of Magistrate Judge to Exercise Jurisdiction.**

on the persons or entities named below, for the case Shen v. Mukasey et al. (CV08-1614 JSW), by placing said documents in an envelope, which was then sealed, with postage fully paid and addressed as follows:

Michael B. Mukasey (By certified mail with return receipt)
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Michael Chertoff (By certified mail with return receipt)
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

Emilio T. Gonzalez (By certified mail with return receipt)
Director
U.S. Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

Robert S. Mueller III (By certified mail with return receipt)
Director
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, DC 20536-0001

Civil Process Clerk (By certified mail with return receipt)
United States Attorney's Office
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102

Office of the General Counsel (By certified mail with return receipt)
U.S. Department of Homeland Security
Washington, DC 20528

Date of mailing: _____04/02/2008_____ Place of mailing: San Francisco, California.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this on ____04/02/2008_____ at San Francisco, California

_____
HOWARD LEE