JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZHOUHU SHEN, | ) |
|           Plaintiff, | ) No. C 08-1614 JSW |
| v. | ) **ANSWER** |
| MICHAEL MUKASEY, United States Attorney General; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services; ROBERT S. MUELLER, Director of Federal Bureau of Investigation; | ) |
|           Defendants. | ) |

    Defendants hereby submit their answer to Plaintiff's Original Complaint for Writ in the Nature of Mandamus and Declaratory Judgment Under 28 U.S.C. § 1361.

    1. Paragraph One consists of Plaintiff's characterizations of the lawsuit for which no answer is required; however, to the extent that such allegations are deemed to require an answer, Defendants deny the allegations in Paragraph One.

**PARTIES**

    2. Defendants admit the allegations in Paragraph Two.

    3. Defendants admit the first and third allegations in Paragraph Three, and deny the second

ANSWER
C 08-1614 JSW                                        1

sentence in Paragraph Three.

4. Defendants admit the allegations in Paragraph Four.

5. Defendants admit the allegations in Paragraph Five.

6. Defendants admit the allegations in Paragraph Six.

## JURISDICTION

7. Paragraph Seven consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent that such allegations are deemed to require an answer, Defendants deny the allegations contained in this paragraph.

## VENUE

8. Defendants deny the allegations in Paragraph Eight.

## INTRADISTRICT ASSIGNMENT

9. Paragraph Nine consists of Plaintiff's allegation regarding intradistrict assignment, to which no responsive pleading is required; however, to the extent that such allegations are deemed to require an answer, Defendants deny the allegations contained in this paragraph.

## EXHAUSTION OF REMEDIES

10. Defendants deny the allegations in Paragraph Ten.

## CAUSE OF ACTION

11. Defendants admit the allegations in Paragraph Eleven.

12. Defendants admit the allegations in Paragraph Twelve.

13. Defendants are without sufficient information to admit or deny the allegations in Paragraph Thirteen, and on that basis, deny them.

14. Defendants admit the allegations in Paragraph Fourteen.

15. Defendants admit the continued pendency of the plaintiff's N-400 application. The FBI background name check on the Plaintiff, however, is still pending with the Federal Bureau of Investigation. During the pendency of the name check, USCIS is statutorily precluded from adjudicating the plaintiff's application and prohibited by published regulation from scheduling the Plaintiff's case for an interview.

16. Defendants deny the allegations in Paragraph Sixteen.

17. Defendants deny the allegations in Paragraph Seventeen.

18. Defendants admit that Plaintiff's N-400 application has been pending since May 1, 2006.

19. Defendants are without sufficient information to admit or deny the allegations in Paragraph Nineteen, and on that basis, deny them.

20. Defendants deny the allegations in Paragraph Twenty.

21. Defendants deny the allegations in Paragraph Twenty-One.

22. Defendants deny the allegations in Paragraph-Two.

## PRAYER

The remaining allegations consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny this paragraph.

## AFFIRMATIVE AND/OR OTHER DEFENSES

All allegations not here before specifically admitted, denied, or modified, are hereby denied. For further and separate answer, Defendants allege as follows:

### FIRST AFFIRMATIVE DEFENSE

The court lacks jurisdiction over the subject matter of this action.

### SECOND AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

### THIRD AFFIRMATIVE DEFENSE

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiff.

### FOURTH AFFIRMATIVE DEFENSE

At all times alleged in the Complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

### FIFTH AFFIRMATIVE DEFENSE

Defendants are processing the applications referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

///

## SIXTH AFFIRMATIVE DEFENSE

Defendants' delay is not unreasonable as a matter of law.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's Complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: June 2, 2008                              Respectfully submitted,

                                                 JOSEPH P. RUSSONIELLO
                                                 United States Attorney


                                                          /s/
                                                 _____
                                                 ILA C. DEISS
                                                 Assistant United States Attorney
                                                 Attorneys for Defendants