1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7 |
Attorneys for Defendants
8 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZHOUHU SHEN, ) | |
| Plaintiff, ) | No. C 08-1614 JSW |
| ) | |
| v. ) | **STIPULATION TO EXTEND DATES;** |
| ) | **and [PROPOSED] ORDER** |
| MICHAEL MUKASEY, United States Attorney ) | |
| General; ) | |
| MICHAEL CHERTOFF, Secretary of the ) | |
| Department of Homeland Security; ) | |
| EMILIO T. GONZALEZ, Director of United ) | |
| States Citizenship and Immigration Services; ) | |
| ROBERT S. MUELLER, ) | |
| Director of Federal Bureau of Investigation; ) | |
| ) | |
| Defendants. ) | |
| ) | |

   Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

   1. Plaintiff filed this action on or about March 25, 2008, and Defendants' filed their response on June 2, 2008.

   2. Pursuant to this Court's March 25, 2008 Order Continuing the Case Management Conference, the parties are required to file a joint case management statement on July 11, 2008, and attend a case management conference on July 18, 2008.

   3. In order to allow sufficient time for Defendants to consider an alternative resolution to this

Stip. to Extend Dates
C 08-1614 JSW                                1

case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file Joint ADR Certification:  August 22, 2008

Last day to file/serve Joint Case Management Statement:  September 5, 2008

Case Management Conference:  September 12, 2008, at 1:30 p.m.

Date: June 19, 2008                                                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

_____/s/_____
Date: June 19, 2008                                                    JUSTIN FOK
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
JEFFREY S. WHITE
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Stip. to Extend Dates
C 08-1614 JSW                                              2