1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                  UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11
   ZHOUHU SHEN,                        )
12                                     )  No. C 08-1614 JSW
                   Plaintiff,          )
13                                     )
               v.                      )  **STIPULATION TO EXTEND DATES;**
14                                     )  **and [PROPOSED] ORDER**
   MICHAEL MUKASEY, United States Attorney )
15 General;                            )
   MICHAEL CHERTOFF, Secretary of the  )
16 Department of Homeland Security;    )
   EMILIO T. GONZALEZ, Director of United )
17 States Citizenship and Immigration Services; )
   ROBERT S. MUELLER,                  )
18 Director of Federal Bureau of Investigation; )
                                       )
19                Defendants.          )
                                       )
20 _____

21    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

22 of record, hereby stipulate, subject to the approval of the Court, to the following:

23    1. Plaintiff filed this action on or about March 25, 2008, and Defendants' filed their response

24 on June 2, 2008.

25    2. Pursuant to this Court's March 25, 2008 Order Continuing the Case Management

26 Conference, the parties are required to file a joint case management statement on July 11, 2008,

27 and attend a case management conference on July 18, 2008.

28    3. In order to allow sufficient time for Defendants to consider an alternative resolution to this

Stip. to Extend Dates
C 08-1614 JSW                              1

*FILED*
*JUN 2 4 2008*
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling
2 | order as follows:

3 | Last day to file Joint ADR Certification: August 22, 2008
4 | Last day to file/serve Joint Case Management Statement: September 5, 2008
5 | Case Management Conference: September 12, 2008, at 1:30 p.m.

6 | Date: June 19, 2008                    Respectfully submitted,

7 |                                        JOSEPH P. RUSSONIELLO
                                           United States Attorney
8 |

9 |                                        _____/s/_____
                                           ILA C. DEISS[1]
10 |                                       Assistant United States Attorney
                                           Attorneys for Defendants
11 |

12 |
                                           _____/s/_____
13 | Date: June 19, 2008                   JUSTIN FOK
                                           Attorney for Plaintiff
14 |

15 |                              **ORDER**

16 |     Pursuant to stipulation, IT IS SO ORDERED.

17 | Date: June 24, 2008
18 |                                        _____
                                            JEFFREY S. WHITE
19 |                                        United States District Judge

20 |
21 |
22 |
23 |
24 |
25 |
26 | _____
27 |     [1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures
         indicated by a "conformed" signature (/s/) within this e-filed document.
28 |

Stip. to Extend Dates
C 08-1614 JSW                           2