1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

7 |
Attorneys for Defendants
8 |
UNITED STATES DISTRICT COURT
9 |
NORTHERN DISTRICT OF CALIFORNIA
10 |
SAN FRANCISCO DIVISION
11 |
ZHOUHU SHEN,                          )
12 |                                    ) No. C 08-1614 JSW
         Plaintiff,                    )
13 |                                    )
     v.                                 ) **STIPULATION TO DISMISS; and**
14 |                                    ) **[PROPOSED] ORDER**
MICHAEL MUKASEY, United States Attorney )
15 | General;                            )
MICHAEL CHERTOFF, Secretary of the     )
16 | Department of Homeland Security;    )
EMILIO T. GONZALEZ, Director of United )
17 | States Citizenship and Immigration Services; )
ROBERT S. MUELLER,                     )
18 |  Director of Federal Bureau of Investigation; )
                                        )
19 |         Defendants.                  )
                                        )
20 | _____)

21 |     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorney

22 | of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

23 | action without prejudice in light of the fact that the United States Citizenship and Immigration

24 | Services has scheduled a naturalization interview for Plaintiff on July 21, 2008.

25 | ///

26 | ///

27 | ///

28 |
Stipulation to Dismiss
C 08-1614 JSW                                    1

1 | Each of the parties shall bear their own costs and fees.

2 | Date: July 18, 2008                                   Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

4

5 | _____/s/_____
6 | ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

7

8

9 | Date: July 17, 2008                                   _____/s/_____
JUSTIN FOK
Attorney for Plaintiff

10

11 | **ORDER**

12 | Pursuant to stipulation, IT IS SO ORDERED.

13 | Date:

14 | _____
JEFFREY S. WHITE
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dismiss
C 08-1614 JSW                                   2