1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Defendants
8
UNITED STATES DISTRICT COURT
9
NORTHERN DISTRICT OF CALIFORNIA
10
SAN FRANCISCO DIVISION
11

ZHOUHU SHEN,                           )
                                       )  No. C 08-1614 JSW
            Plaintiff,                 )
                                       )
       v.                              )  **STIPULATION TO DISMISS; and**
                                       )  **[PROPOSED] ORDER**
MICHAEL MUKASEY, United States Attorney)
General;                               )
MICHAEL CHERTOFF, Secretary of the     )
Department of Homeland Security;       )
EMILIO T. GONZALEZ, Director of United )
States Citizenship and Immigration Services; )
ROBERT S. MUELLER,                     )
 Director of Federal Bureau of Investigation; )
                                       )
            Defendants.                )
_____)

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has scheduled a naturalization interview for Plaintiff on July 21, 2008.

///

///

///

Stipulation to Dismiss
C 08-1614 JSW                                1

1 | Each of the parties shall bear their own costs and fees.

2 | Date: July 18, 2008                              Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

5 | _____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

9 | Date: July 17, 2008     _____/s/_____
JUSTIN FOK
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 22, 2008     _____
JEFFREY S. WHITE
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.